MELINDA L. HAAG, CSBN 132612
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
ASIM H. MODI, NYSBN 4692018
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 415-977-8952
    Facsimile: 415-744-0134
    Email: asim.modi@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISHNA D. BERNARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | Civil No. 3:15-cv-1040-WHO<br><br>**STIPULATION TO EXTEND BRIEFING SCHEDULE** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend Defendant's time to file her Motion for Summary Judgment by 30 days to September 14, 2015, and that all other scheduling dates set forth in the Court's Case Management Order shall be extended accordingly.  This is Defendant's first request for an extension of time in this matter.  There is good cause for this extension because counsel for Defendant is responsible for drafting various pleadings before the district courts within the Ninth Circuit and negotiating or litigating attorney fee matters pursuant to the Equal Access to Justice Act.  Additional time is also required because counsel for

Stipulation to Extend Briefing Schedule, 3:15-cv-1040-WHO                  1

Defendant is responsible for conducting discovery and hearing preparation and drafting substantive motions in personnel-related litigation matters pending before the Equal Employment Opportunity Commission and the Merit Systems Protection Board.

Respectfully submitted,

Date: <u>August 12, 2015</u>   SACKETT AND ASSOCIATES

By:   <u>/s/ Asim H. Modi for Harvey P. Sackett</u>
HARVEY P. SACKETT
*Authorized by e-mail on August 12, 2015*
Attorneys for Plaintiff

Date: <u>August 12, 2015</u>   MELINDA L. HAAG
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

BY:   <u>/s/ Asim H, Modi</u>
ASIM H. MODI
Special Assistant United States Attorney

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 12, 2015   _____

HON. WILLIAM H. ORRICK
UNITED STATE DISTRICT JUDGE